Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

FILED
2022 SEP 22 PM 1:16
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

m .a giscombe

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

U.S. DEPARTMENT of STATE — BUREAU of CONSULAR AFFAIRS

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☑ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: m . antoinette giscombe
   Street Address: 2602 roughside cir
   City and County: kissimmee
   State and Zip Code: fl
   Telephone Number: nonrequired
   E-mail Address: studiomg.usa@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | U.S. DEPARTMENT of STATE /BUREAU of CONSULAR AFFAIRS |
| Job or Title (if known) | nonrequired |
| Street Address | 600 19th St. NW , |
| City and County | Washington |
| State and Zip Code | DC 20006 |
| Telephone Number | 1-877-487-2778 |
| E-mail Address (if known) | NPIC@state.gov |

Defendant No. 2

| | |
|---|---|
| Name | U.S. Department of State  Office of Authentications |
| Job or Title (if known) | CA/PPT/S/TO/AUT |
| Street Address | 44132 Mercure Cir.  PO Box 1206 |
| City and County | Sterling, VA |
| State and Zip Code | 20166-1206 |
| Telephone Number | 202-485-8000 |
| E-mail Address (if known) | nonrequired |

Defendant No. 3

| | |
|---|---|
| Name | U.S Department of State |
| Job or Title (if known) | Charleston Passport Center |
| Street Address | 44132 Mercure CIR  PO BOX 1031 |
| City and County | SterLING |
| State and Zip Code | VA, 20166 |
| Telephone Number | nonreQUIRED |
| E-mail Address (if known) | non reQUIRED |

Defendant No. 4

| | |
|---|---|
| Name | nonrequired |
| Job or Title (if known) | nonrequired |
| Street Address | nonrequired |
| City and County | nonrequired |
| State and Zip Code | nonrequired |
| Telephone Number | nonrequired |
| E-mail Address (if known) | nonrequired |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Pro Se 5  Complaint for a Civil Case Alleging Negligence

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* nonrequired, see "statement of claim section", is a citizen of the State of *(name)* nonrequired, see "statement of claim".

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* nonrequired, see "statement of claim", is incorporated under the laws of the State of *(name)* nonrequired, see "statement of claim", and has its principal place of business in the State of *(name)* nonrequired, see "statement of claim".

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* nonrequired, see "statement of claim", is a citizen of the State of *(name)* nonrequired, see "statement of claim". Or is a citizen of *(foreign nation)* nonrequired, see "statement of claim".

b. If the defendant is a corporation

The defendant, *(name)* nonrequired, see"statement of claim ", is incorporated under the laws of the State of *(name)* nonrequired, see"statement of claim ", and has its principal place of business in the State of *(name)* nonrequired, see"statement of claim ".
Or is incorporated under the laws of *(foreign nation)* nonrequired, see"statement of claim ", and has its principal place of business in *(name)* nonrequired, see"statement of claim ".

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

nonrequired, see"statement of claim "

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. Applied for "passport book " ( fall2020) ask to be mail to temporary hotel address in manhattan . (never received "passport book" for ( fall 2020 ) application)   2. Applied for "passport card"  orlando location (fall2021)   3. received a letter by mail to send  additional photos, documents), sent requested photos and documents)     4. sent email and went in person to orlando office to request refund for "passport book " and "passport cards fees" . I was denied a refund   5.Received letter declining application. 6. REQUESTING THAT THE COURT  HAVE "https://travel.state.gov/content/travel.html" REFUND ALL "passport book" and "passport card fees" september 15,2022 m . a . giscombe at studiomg.usa at gmail.com

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

September 15,2022 REQUESTING THAT THE COURT HAVE "https://travel.state.gov/content/travel.html" REFUND ALL "passport book" and "passport card fees" , since service of book , service of card was not provided refund required,amount total 290usd  september 15,2022 m . a . giscombe at studiomg.usa at gmail.com
( sidenote, 1, DNA SEQUENCE COLLECTION WOULD BE A BETTER METHOD TO AUTHENTICATE TRAVELERS 2. https://travel.state.gov/content/travel/en/passports.html PLEASE MAINTAIN SCHEDULED TIME FRAMES TO RECEIVE PASSPORT BOOK, PASSPORT CARD ( WEBSITE SAIDS 10WEEKS ) 9/15/2022

(CONTINUNG ON THE PAGE) https://travel.state.gov/content/travel/en/passports.html 3.DO NOT PROCESS APPLICATION OR COLLECT FEES DURING A TRAVEL BAN , WAIT FOR TRAVEL BAN TO EXPIRE TO PROCESS APPLICATIONS TO AVOID Pro Se 5 Complaint for a Civil Case Alleging Negligence ,SEPTEMBER 15 ,2022 ANTOINETTE AT STUDIOMG.USA AT GMAIL.COM

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/15/2022

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: M . ANTOINETTE GISCOMBE

### B. For Attorneys

Date of signing: NON REQUIRED

| Field | Value |
|---|---|
| Signature of Attorney | NONREQUIRED |
| Printed Name of Attorney | NONREQUIRED |
| Bar Number | NONREQUIRED |
| Name of Law Firm | NONREQUIRED |
| Street Address | NONREQUIRED |
| State and Zip Code | NONREQUIRED |
| Telephone Number | NONREQUIRED |
| E-mail Address | NONREQUIRED |